**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Angel OCAMPO–SOTO, a.k.a. Jose Paredes–Morales, a.k.a. Jose Peredez–Morales, Defendant–Appellant.**

**No. 13–10577.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 30, 2014.*

Filed Feb. 5, 2015.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant–Appellant.

Angel Ocampo–Soto, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Angel Ocampo–Soto appeals from the district court's judgment and challenges his guilty-plea conviction and 63–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ocampo–Soto's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ocampo–Soto the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ocampo–Soto has waived his right to appeal his conviction and 63–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**